THE HONORABLE BARBARA ROTHSTEIN

U.S. DISTRICT COURT, WESTERN DIST. OF WASHINGTON
SEATTLE, WA

| | |
|---|---|
| GABRIEL G. ADJANI,<br><br>               Plaintiff,<br><br>     vs.<br><br>COASTAL ALASKA PREMIER<br>SEAFOODS, LLC, ET AL.,<br><br>               Defendant. | AT LAW AND IN ADMIRALTY<br><br>NO. 2:19-cv-00817<br><br> STIPULATION AND ORDER OF<br> DISMISSAL |

## **STIPULATION**

The parties stipulate to the entry of an Order of Dismissal of Plaintiff's Claims Against

Defendants in their entirety, with prejudice and without costs, for the reason that the named

parties have reached final settlement in this matter.

Respectfully submitted this 8th day of May, 2020.

BLUE WATER LEGAL PLLC


/s/ *Amie C. Peters*
Amie C. Peters
Washington State Bar No. 37393
Attorney for Plaintiff
Blue Water Legal PLLC
144 Railroad Ave Ste 308
Edmonds, WA 98020
Telephone: (425) 361-2054
Fax: (866) 345-9030
Email: amie@bluewaterlegal.com



HOLMES WEDDLE & BARCOTT, PC

/s/ *Michael A. Barcott*
Michael A. Barcott
Washington State Bar No. 13317
Attorney for Defendant
Holmes Weddle & Barcott, PC
3101 Western Ave. Suite 500
Seattle, WA  98121
Telephone:  206-292-8008
Facsimile:  206-340-0289
Email:  mbarcott@hwb-law.com

ORDER

Based upon the foregoing Stipulation, the referenced claims of Plaintiff's are hereby

dismissed with prejudice, and without costs.

Dated this 11th day of May 2020.

Barbara Jacobs Rothstein
U.S. District Court Judge